# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BOBBY LAYTHEN BINFORD

*Plaintiff*

v.

MEDICAL DIRECTOR KENNEY, NURSE ALAN BAILEY, and DOCTOR JOHN SMITH,

*Defendant*

Civil Action No. 4:14-CV-5103-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of all Defendants pursuant to the Order Granting Defendants' Motion for Summary Judgment entered on November 2, 2015, ECF No. 46.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for Summary Judgment.

Date: 11/02/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas